| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF KENTUCKY |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Seng Jewelers LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **61-1252344** |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**401 W Main Street Suite 110**<br>**Louisville, KY 40202**<br>Number, Street, City, State & ZIP Code<br><br>**Jefferson**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **Seng Jewelers LLC**                                              Case number (*if known*)_____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____                                              Relationship _____
District _____ When _____ Case number, if known _____

Debtor  **Seng Jewelers LLC**_____   Case number (*if known*)_____
   Name

**11. Why is the case filed in *this district?***   Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)
   - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____
   - ☐ It needs to be physically secured or protected from the weather.
   - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
   - ☐ Other _____

   **Where is the property?** _____
      Number, Street, City, State & ZIP Code

   **Is the property insured?**
   - ☐ No
   - ☐ Yes.  Insurance agency _____
              Contact name _____
              Phone _____

---

■   **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Seng Jewelers LLC**
         Name

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 18, 2020**
             MM / DD / YYYY

**X** **/s/ Jane Davis**                              **Jane Davis**
Signature of authorized representative of debtor     Printed name

Title  **Member**

**18. Signature of attorney**

**X** **/s/ Neil C Bordy**                            Date **August 18, 2020**
Signature of attorney for debtor                     MM / DD / YYYY

**Neil C Bordy**
Printed name

**Seiller Waterman LLC**
Firm name

**22nd Floor - Meidinger Tower**
**462 S 4th Street**
**Louisville, KY 40202**
Number, Street, City, State & ZIP Code

Contact phone  **502-584-7400**    Email address _____

_____
Bar number and State

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 4

# MINUTES OF SPECIAL MEETING
# OF THE SHAREHOLDERS OF
# SENG JEWELERS LLC

A special meeting of the shareholders of Seng Jewelers was held on the 14th day of August, 2020 at 10:00 a.m. at the principal place of business. Present were Jane Davis, Lee Davis and Scott Davis, comprising the entire board.

Scott Davis stated it is in the company's best interest to file Chapter 11 bankruptcy.

Upon motion duly made, the following resolutions were unanimously carried:

> RESOLVED, that the company file a voluntary petition for relief pursuant to Chapter 11 of title 11 U.S.C. and that Jane Davis, Member is authorized to sign any and all documents and take whatever action is necessary to effectuate this resolution.
>
> BE IT FURTHER RESOLVED that the company retain Neil C. Bordy and the law firm of Seiller Waterman LLC to represent it in its bankruptcy proceeding.

There being no additional business to come before the members, the meeting was adjourned.

_____
Jane Davis

G:\doc\NCB\SENG Jewelers\Corp Resolution.doc

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Seng Jewelers LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF KENTUCKY |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### ■ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 18, 2020**     X **/s/ Jane Davis**
                                                                     Signature of individual signing on behalf of debtor

                                                                     **Jane Davis**
                                                                     Printed name

                                                                     **Member**
                                                                     Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Seng Jewelers LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF KENTUCKY**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Kentucky Dept of Revenue**<br>**Legal Support Branch**<br>**P.O. Box 5222**<br>**501 High Street**<br>**Frankfort, KY 40602-2103** | | Sales tax | | | | $258,388.10 |
| **Reliant**<br>**525 Broadhollow Rd #200**<br>**Melville, NY 11747** | | | | | | $60,000.00 |
| **Loan Me**<br>**1900 S State College Blvd #300**<br>**Anaheim, CA 92806** | | | | | | $60,000.00 |
| **Louis T. Roth**<br>**2100 Gardiner Ln Ste 207**<br>**Louisville, KY 40205-2994** | | | | | | $50,572.63 |
| **Jefferson County Sheriffs Office**<br>**531 Court Pl Ste 604**<br>**Louisville, KY 40202** | | Property tax | | | | $46,000.00 |
| **Manak Jewels**<br>**333 W El Camino Real #310**<br>**Sunnyvale, CA 94087** | | | | | | $45,000.00 |

Debtor **Seng Jewelers LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bernard Nacht & Co Inc** c/o Christina Worley Esq Lloyd & McDaniel PLC PO Box 23200 Louisville, KY 40223-0200 | | | | | | $37,992.38 |
| **Schneider Riverfront LLC** 401 W Main Street #400 Louisville, KY 40202 | | | | | | $34,000.00 |
| **S Kashi and Sons** 175 Great Neck Rd Ste 204 Great Neck, NY 11021 | | | | | | $31,000.00 |
| **Middleton Reutlinger** 401 S Fourth Street #2600 Louisville, KY 40202 | | | | | | $22,549.83 |
| **First Bankcard** PO Box 3331 Omaha, NE 68103-0331 | | | | | | $18,303.37 |
| **Chase Ink** POB 15223 Wilmington, DE 19850-5123 | | | | | | $17,959.64 |
| **Scottsdale Diamonds Inc** PO Box 14591 Scottsdale, AZ 85267 | | | | | | $13,113.30 |
| **Hoover & Strong** c/o Christina Worley Esq Lloyd & McDaniel PLC PO Box 23200 Louisville, KY 40223-0200 | | | | | | $12,288.13 |
| **Spectral Gems** PO Box 2303 Birmingham, MI 48012 | | | | | | $10,562.25 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor  **Seng Jewelers LLC**　　　　　　　　　　　　　　　　　　Case number *(if known)*
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Capital One Bank**<br>**c/o Client Services Inc**<br>**3451 Harry S Truman Blvd**<br>**Saint Charles, MO 63301-4047** | | | | | | **$9,362.10** |
| **ISC Kentucky**<br>**12305 Westport Rd Ste 1**<br>**Louisville, KY 40245** | | | | | | **$8,632.23** |
| **Stuller**<br>**302 Rue Louis XIV**<br>**Lafayette, LA 70508** | | | | | | **$8,000.00** |
| **Izi Creations**<br>**17 E 48th St #901**<br>**New York, NY 10017** | | | | | | **$7,029.00** |
| **Johnson Controls**<br>**c/o ABC/Amega**<br>**500 Seneca Street**<br>**Suite 400**<br>**Buffalo, NY 14204-1963** | | | | | | **$6,554.98** |

# United States Bankruptcy Court
### Western District of Kentucky

In re: **Seng Jewelers LLC**
Debtor(s)

Case No.
Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **August 18, 2020**

**/s/ Jane Davis**
**Jane Davis**/**Member**
Signer/Title

```
American Express Bank FSB
c/o Robert L Dawson Esq
Zwicker & Associates PC
2300 Litton Lane Ste. 200
Hebron KY 41048

Bernard Nacht & Co Inc
c/o Christina Worley Esq
Lloyd & McDaniel PLC
PO Box 23200
Louisville KY 40223-0200

Capital One Bank
c/o Client Services Inc
3451 Harry S Truman Blvd
Saint Charles MO 63301-4047

Chase Ink
POB 15223
Wilmington DE 19850-5123

Federated Mutual Insurance Co
c/o Commercial Collectors
PO Box 337
Montrose MN 55363

First Bankcard
PO Box 3331
Omaha NE 68103-0331

Frost Brown Todd LLC
Client Accounting
PO Box 70087
Louisville KY 40270-0087

Gemological Institute of America
50 W 47th Street Unit 400
New York NY 10036

Hoover & Strong
c/o Christina Worley Esq
Lloyd & McDaniel PLC
PO Box 23200
Louisville KY 40223-0200

ISC Kentucky
12305 Westport Rd Ste 1
Louisville KY 40245

Izi Creations
17 E 48th St #901
New York NY 10017
```

```
Jefferson County Sheriffs Office
531 Court Pl Ste 604
Louisville KY 40202

Jo Lynn Baker
c/o John K Spalding Esq
Alex R White PLLC
908 Minoma Ave
Louisville KY 40217

John & Brigid Cannon
c/o John K Spalding Esq
Alex R White PLLC
908 Minoma Ave
Louisville KY 40217

Johnson Controls
c/o ABC/Amega
500 Seneca Street Suite 400
Buffalo NY 14204-1963

JP Morgan Chase
c/o Dinsmore & Shohl
Attn Martin Tucker Esq.
100 W Main #900
Lexington KY 40507

Kentucky Dept of Revenue
Legal Support Branch
P.O. Box 5222
501 High Street
Frankfort KY 40602-2103

Loan Me
1900 S State College Blvd #300
Anaheim CA 92806

Louis T. Roth
2100 Gardiner Ln Ste 207
Louisville KY 40205-2994

Manak Jewels
333 W El Camino Real #310
Sunnyvale CA 94087

Middleton Reutlinger
401 S Fourth Street #2600
Louisville KY 40202

Reliant
525 Broadhollow Rd #200
Melville NY 11747
```

```
S Kashi and Sons
175 Great Neck Rd Ste 204
Great Neck NY 11021

Schneider Riverfront LLC
401 W Main Street #400
Louisville KY 40202

Scott D Davis


Scottsdale Diamonds Inc
PO Box 14591
Scottsdale AZ 85267

Sethi Couture
290 Main St
Los Altos CA 94022

Spectral Gems
PO Box 2303
Birmingham MI 48012

Stuller
302 Rue Louis XIV
Lafayette LA 70508

Thomas O'Hearn
c/o John K Spalding Esq
Alex R White PLLC
908 Minoma Ave
Louisville KY 40217

US Bank
c/o Diversified Consultants Inc
PO Box 551299
Jacksonville FL 32255-1299
```